Steven C. Mitchell, Esq. (SBN 124644)
Tarik J. Naber, Esq. (SBN 255665)
Geary, Shea, O'Donnell, Grattan & Mitchell, P.C.
37 Old Courthouse Square, Fourth Floor
Santa Rosa, California  95404
Telephone:  (707) 545-1660
Facsimile:   (707) 545-1876

Attorneys for Defendant
PETER HOYLE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEMO PARKER,<br><br>   Plaintiff,<br><br>v.<br><br>ROBERT NISHIYAMA, PETER HOYLE, JOHN WILLIAMS, CITY OF UKIAH, UKIAH POLICE DEPARTMENT, JOHN GAINES, and DOES 1 through 40.<br><br>   Defendants. | Case No.:  C 08 4750 CRB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>[Civil Local Rule 6-1(a)]<br><br>Honorable Charles R. Breyer |

<u>Stipulation</u>

To allow an opportunity to complete service on all named defendants, and to attempt to consolidate their responsive pleadings, the parties to the above action, by and through their respective counsel, hereby stipulate and agree to extend the time for defendants to respond to plaintiff's First Amended Complaint.  In order to permit the added parties to respond, and in order to permit Rule 12 dispositive motions to be filed by all defendants, for a single hearing, Defendants shall have **sixty (60) days** from the date this stipulation is signed to file responsive pleadings to plaintiff's First Amended Complaint.

///

///

1  Dated:  June 4, 2009               GEARY, SHEA, O'DONNELL, GRATTAN &
2                                     MITCHELL, P.C.
3
4                                     By ------------------------/s/-----------------
                                          Tarik J. Naber
5                                         Attorneys for Defendant
                                          PETER HOYLE
6

7  Dated:  June 4, 2009               EDMUND G. BROWN, JR.
                                      Attorney General of the State of California
8

9                                     By ----------------------/s/---------------------
10                                        Tom Blake
                                          Deputy Attorney General
11                                        Attorneys for Defendant
                                          ROBERT NISHIYAMA
12

13

14 Dated:  June 4, 2009               By ------------------/s/------------------------
15                                        E.D. Lerman
                                          Attorneys for Plaintiff
16                                        MEMO PARKER

17

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]*

LAW OFFICES OF
GEARY, SHEA, O'DONNELL GRATTAN & MITCHELL P.C.

- 2 -
Stipulation to Extend Time to Respond to Plaintiff's First Amended Complaint