STEVEN C. MITCHELL, ESQ., SBN 124644
TARIK J. NABER, ESQ., SBN 255665
GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
37 Old Courthouse Square, Fourth Floor
Santa Rosa, California  95404
Telephone:  (707) 545-1660
Facsimile:   (707) 545-1876

Attorneys for Defendant
PETER HOYLE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEMO PARKER,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT NISHIYAMA, PETER HOYLE, JOHN WILLIAMS, CITY OF UKIAH, UKIAH POLICE DEPARTMENT, JOHN GAINES, and DOES 1 through 40.<br><br>        Defendants. | CASE NO.:  C 08 4750 CRB<br><br>(Unlimited Jurisdiction)<br><br>[Proposed]<br>**ORDER OF DISMISSAL**<br><br><br>Honorable Charles R. Breyer |

The Court held a case management conference in this matter on November 20, 2009. Counsel appeared on behalf of Defendant Peter Hoyle. Plaintiff did not appear. The Court notes that Plaintiff filed the First Amended Complaint on May 15, 2009, naming for the first time defendants City of Ukiah, Ukiah Police Department, John Williams, and John Gaines. Plaintiff's fourth cause of action for failure to train and supervise is the only cause of action which remains in this case, and it is stated only against these new defendants. Since none of these defendants have been served, this matter is dismissed pursuant to FRCP 4(m). This matter is further dismissed under FRCP 41(b) for failure to prosecute.

**SO ORDERED.**

Dated: November 23, 2009

_____
U.S. District [Judge Charles R. Breyer]

*IT IS SO ORDERED*

- 1 -
[Proposed] Order of Dismissal